IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                    CRIMINAL NO. 14-CR-30202-DRH

CRAIG ALLEN HEITKAMP,

      Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On July 21, 2015, this court entered an order for forfeiture against defendant Craig Allen Heitkamp for the following property which had been seized from the defendant:

> **One Ruger Standard .22LR caliber semiautomatic handgun, bearing serial number 12-08633;**
>
> **One Springfield Armory, model XDS (XP-45), .45 caliber semiautomatic handgun, bearing serial number XS585807; and**
>
> **any and all ammunition contained in or with the above firearms.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning July 23, 2015, and ending August 21, 2015, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the

property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on July 21, 2015, namely:

**One Ruger Standard .22LR caliber semiautomatic handgun, bearing serial number 12-08633;**

**One Springfield Armory, model XDS (XP-45), .45 caliber semiautomatic handgun, bearing serial number XS585807; and**

**any and all ammunition contained in or with the above firearms.**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law.  The disposal may, at the discretion of the United States, include the destruction of the property.  The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**DATE: January 11, 2016**

Digitally signed by Judge David R. Herndon
Date: 2016.01.11 11:23:28 -06'00'

**United States District Court**